UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KURT S. SOTO, an individual, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 0:13-cv-61747-RSR<br>) |
| THE GALLUP ORGANIZATION, INC., a Delaware corporation, | )<br>)<br>) |
| Defendant. | ) |

NOTICE OF MEDIATOR SELECTION

As required by the Court's Order of November 15, 2013 (ECF No. 21), the Court is hereby notified that the parties have selected the Honorable Morton Denlow as mediator in this cause.

Dated: January 20, 2014            Respectfully submitted,

                          _s/ Scott D. Owens_
                          Scott D. Owens, Esq.
                          664 E. Hallandale Beach Blvd.
                          Hallandale, FL 33009
                          Tel:    954-589-0588
                          Fax:    954-337-0666
                          scott@scottdowens.com
                          Attorney for the Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                          By: _s/ Scott D. Owens_
                              Scott D. Owens, Esq