UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:13-CV-61747- ROSENBAUM

KURT S. SOTO, an individual, on behalf of
himself and all others similarly situated,

    Plaintiff,

vs.

THE GALLUP ORGANIZATION, INC., a
Delaware corporation,

    Defendant.
_____/

## NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Plaintiff, KURT S. SOTO, by and through undersigned counsel, and pursuant to the Local Rule 3.8 and Section 2.15.00 of the Court's Internal Operating Procedures, submits this Notice of Pending, Refiled, Related or Similar Actions as follows:

\_\_\_\_ There are no related cases.

√ The following are the related cases:

- *Marr v. Gallup, Inc,.* Case No. 1:14-cv-20116-RSR, Judge Robin S. Rosenbaum, filed on 10/11/2013 in California Southern Division; transferred to Southern District of Florida on 01/10/2014, Case No. 3:13-cv-02465.

- *Fox v. Gallup Inc.,* Case No. 2:14−cv−00163−JFW−PLA, Judge John F. Walter, filed on 01/08/2014 in California Western Division.

Dated: January 31, 2014

    Respectfully submitted,

    */s/ Steven R. Jaffe*
    Steven R. Jaffe (Florida Bar No. 390770)
    Email: steve@pathtojustice.com
    Seth M. Lehrman (Florida Bar No. 132896)
    Email: seth@pathtojustice.com
    Mark S. Fistos (Florida Bar No. 909191)
    Email: mark@pathtojustice.com

FARMER, JAFFE, WEISSING, EDWARDS
FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822

Scott D. Owens, Esq.
Florida Bar No. 0597651
Email: scott@scottdowens.com
SCOTT D. OWENS, P.A.
664 E. Hallandale Beach Blvd.
Hallandale, FL 33009
Telephone: (954) 589-0588
Facsimile: (954) 337-0666

Bret L. Lusskin, Jr. (Fla. Bar No. 28069)
Email: Blusskin@lusskinlaw.com
BRET LUSSKIN, P.A.
20803 Biscayne Blvd., Ste 302
Aventura, FL 33180
Telephone: 954-454-5841
Facsimile: 954-454-5844

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on January 31, 2014, and will be served on all counsel of record listed below through the ECF system.

*/s/ Steven R. Jaffe*
Steven R. Jaffe

2

**SERVICE LIST**
*Soto v. The Gallup Organization, Inc.*
**CASE NO. 0:13-CV-61747-RSR**
**United States District Court, Southern District of Florida**

J. Randolph Liebler (Fla. Bar No. 507954)
Email: jrl@lgplaw.com
Dora F. Kaufman (Fla. Bar No. 771244)
Email: dfk@lgplaw.com
LIEBLER, GONZALEZ & PORTUONDO, P.A.
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626

Felicia Yu, Esq.*
Email: fyu@reedsmith.com
Raagini Shah, Esq.*
Email: rshah@reedsmith.com
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 457-8000
*Admitted Pro Hac Vice*

*Attorneys for Defendant*