UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KURT S. SOTO, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>THE GALLUP ORGANIZATION, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 0:13-CV-61747-RSR<br><br>**CLASS ACTION**<br><br>**DEFENDANT GALLUP, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>Honorable Robin S. Rosenbaum |

**DEFENDANT GALLUP, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**

On January 31, 2014, Plaintiff Kurt S. Soto filed a Motion for Appointment Of Interim Class Counsel Under Rule 23(g) (the "Motion"), requesting that the firms of Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L. ("Farmer Jaffe Weissing"), Scott D. Owens, P.A. ("Owens"), and Bret Lusskin, P.A. ("Lusskin") be appointed as Interim Class Counsel, and that Farmer Jaffe Weissing and Owens be appointed as Co-Lead Interim Class Counsel. *See* Document # 29.

Defendant Gallup, Inc. ("Gallup") does not join in the Motion, but it does not oppose the Motion. Gallup reserves its right to oppose any motion for class certification brought by Plaintiff on all grounds, including the adequacy of Plaintiff's counsel to represent the class, at the appropriate time. Gallup also reserves its right to challenge the final appointment of class counsel in this action.

Dated: Febraury 10, 2014

Respectfully submitted,

/s/ Dora F. Kaufman
J. RANDOLPH LIEBLER
Florida Bar No. 507954
Email: jrl@lgplaw.com

Case No. 0:13-CV-61747-RSR

DORA F. KAUFMAN
Florida Bar No. 771244
E-mail: dfk@lgplaw.com
Attorneys for The Gallup Organization, Inc.
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626

Felicia Yu, Esq.
fyu@reedsmith.com
Raagini Shah, Esq.
rshah@reedsmith.com
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel. 213-457-8000
*(Pro Hac Vice)*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2014 I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record listed on the service list below via CM/ECF.

/s/ Dora F. Kaufman
DORA F. KAUFMAN

**SERVICE LIST**

Scott D. Owens, Esq.
Florida Bar No. 0597651
*Attorney for Plaintiff*
644 E. Hallandale Beach Blvd.
Hallandale, FL 33009
Telephone: 954-589-0588
Facsimile: 954-337-0666
Email: scott@scottdowens.com

Bret L. Lusskin, Esq.
Florida Bar No. 28069
*Co-counsel for Plaintiff*
1001 North Federal Highway, Suite 106
Hallandale Beach, FL 33009
Telephone: 954-454-5841
Facsimile: 954-454-5844
Email: Blusskin@lusskinlaw.com

Case No. 0:13-CV-61747-RSR

Steven R. Jaffe (Florida Bar No. 390770)
Email: steve@pathtojustice.com
Seth M. Lehrman (Florida Bar No. 132896)
Email: seth@pathtojustice.com
Mark S. Fistos (Florida Bar No. 909191)
Email: mark@pathtojustice.com
FARMER, JAFFE, WEISSING, EDWARDS
FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822