UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:13-cv-61747-MGC

KURT S. SOTO, an individual, on
behalf of himself and all others similarly situated,

      Plaintiff,

v.

THE GALLUP ORGANIZATION, INC.,
a Delaware corporation,

      Defendant.

_____/

**NOTICE OF SELECTION OF MEDIATOR AND DATE/LOCATION OF MEDIATION**

      As required by the Court's instructions on November 15, 2013 [ECF No. 21], Plaintiff, KURT S. SOTO, hereby gives notice that the parties have scheduled mediation with Hon. Morton Denlow (Ret.) of JAMS on October 20, 2014 beginning at 9:00 a.m. (Central Time). The mediation will take place at: JAMS / 71 S. Wacker Drive - Suite 3090 / Chicago, Illinois 60606.

Dated: June 21, 2014

                                       Respectfully submitted,

                                       */s/ Scott D. Owens*
                                       **SCOTT D. OWENS, ESQ.**
                                       Florida Bar No.: 0597651
                                       *Attorney for Plaintiff*
                                       664 East Hallandale Beach Boulevard
                                       Hallandale Beach, Florida 33009
                                       Phone 954-589-0588
                                       Fax 954-337-0666
                                       scott@scottdowens.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Scott D. Owens*
Scott D. Owens, Esq.
*Attorney for Plaintiff*
664 East Hallandale Beach Boulevard
Hallandale Beach, Florida 33009
Phone 954-589-0588
Fax 954-337-0666
scott@scottdowens.com