UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:13-61747-CIV- MGC/EGT

KURT S. SOTO, an individual, on behalf of
himself and all others similarly situated,

    Plaintiff,

vs.

THE GALLUP ORGANIZATION, INC., a
Delaware corporation,

    Defendant.
_____/

LAURIE C. MARR, on behalf of herself
and all others similarly situated,

    Plaintiff,
vs.

GALLUP, INC.,

    Defendant.
_____/
ANN FOX, individually and on behalf of all
others similarly situated,

    Plaintiff,

vs.

GALLUP, INC.,

    Defendant.
_____/

**STATEMENT IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
<u>APPROVAL OF CLASS ACTION SETTLEMENT</u>**

1

Plaintiffs, Kurt S. Soto, Laurie C. Marr, and Ann Fox and Defendant Gallup, Inc. submit this Statement in Support of the Unopposed Motion and Memorandum of Law in Support of Preliminary Approval of Proposed Class Action Settlement Agreement [DE 77].

The table below illustrates when various events, such as the service of notice and the deadline for filing objections, would occur, based on the notice plan set forth in the proposed class action settlement.

| Event | Days<br>Unless otherwise stated, all days are from the entry of preliminary approval order. | Date |
|---|---|---|
| Preliminary Approval | | June 5, 2015<br>(as an example) |
| Service of CAFA Notice<br>¶ 2 | 10 | June 15, 2015 |
| Funding Costs of Settlement Administration<br>¶ 11 | 10 | June 15, 2015 |
| Service of Notice<br>¶ 10 | 60 | August 4, 2015 |
| Motion for Final Approval and Fee Application<br>¶ 23 | 14 days before objections are due | October 19, 2015 |
| Exclusions filed<br>¶ 14 | 150 | November 2, 2015 |
| Objections filed<br>¶ 17 | 150 | November 2, 2015 |
| Fairness Hearing<br>¶ 21 | | November 6, 2015<br>(proposed) |
| Final Order<br>¶ 24 | 30 days | December 7, 2015 |

Plaintiffs respectfully request that this Court issue an order granting preliminary approval of the Settlement Agreement.

Dated: June 3, 2015                    Respectfully submitted,

/s/ Seth M. Lehrman
Steven R. Jaffe (Fla. Bar No. 390770)
Email: steve@pathtojustice.com
Seth M. Lehrman (Fla. Bar No. 132896)
Email: seth@pathtojustice.com
Mark S. Fistos (Fla. Bar No. 909191)
Email: mark@pathtojustice.com
FARMER, JAFFE, WEISSING, EDWARDS
FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822

Scott D. Owens (Fla. Bar No. 0597651)
Email: scott@scottdowens.com
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Suite 235
Hollywood, FL 33091
Telephone: (954) 589-0588
Facsimile: (954) 337-0666

Bret L. Lusskin, Jr. (Fla. Bar No. 28069)
Email: Blusskin@lusskinlaw.com
BRET LUSSKIN, P.A.
20803 Biscayne Blvd., Ste 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844

Douglas J. Campion, Esq.*
Email: doug@djcampion.com
LAW OFFICES OF DOUGLAS J. CAMPION, APC
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

E. Elliot Adler, Esq.*
Email: eadler@theadlerfirm.com
ADLER LAW GROUP, APLC
402 W. Broadway, Suite 860
San Diego, CA 92101
Telephone (619) 531-8700
Facsimile (619) 342-9600

*Attorneys for Plaintiff and the Putative Class*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on June 3, 2015, and will be served on all counsel of record listed below through the ECF system.

/s/ Seth M. Lehrman
Seth M. Lehrman

## SERVICE LIST
*Soto v. The Gallup Organization, Inc.*
CASE NO. 0:13-CV-61747- COOKE/TORRES
United States District Court, Southern District of Florida

Felicia Yu, Esq.*
Email: fyu@reedsmith.com
Raagini Shah, Esq.*
Email: rshah@reedsmith.com
Abraham J. Colman, Esq.*
Email: acolman@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 457-8000
*Admitted Pro Hac Vice*

J. Randolph Liebler (Fla. Bar No. 507954)
Email: jrl@lgplaw.com
Dora F. Kaufman (Fla. Bar No. 771244)
Email: dfk@lgplaw.com
LIEBLER, GONZALEZ & PORTUONDO, P.A.
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626

*Attorneys for Defendant*

Todd M. Friedman, Esq.
Email: tfriedman@attorneysforconsumers.com
Nicholas J. Bontrager, Esq.
Email: nbontrager@attorneysforconsumers.com
LAW OFFICES OF TODD M. FRIEDMAN, PC
369 South Doheny Drive, Suite 415
Beverly Hills, CA 90211
Telephone: (877) 206-4741
Facsimile: (866) 623-0228

Abbas Kazerounian, Esq.
Email: ak@kazlg.com
Matthew M. Loker, Esq.
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
800-400-6808
Facsimile: 800-520-5523

Joshua B. Swigart, Esq.
Email: josh@westcoastlitigation.com
HYDE & SWIGART
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: 619-233-7770
Facsimile: 619-297-1022

*Attorneys for Plaintiff Ann Fox in related action*
*Fox v. Gallup (1:14-cv-20538)*