UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KURT S. SOTO, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE GALLUP ORGANIZATION, INC., a Delaware corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) NO. 0:13-cv-61747-MGC<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION OF WITHDRAWAL OF
OBJECTION OF JILL WISEMAN PRICE**

  **NOW COME** the Plaintiffs and Objector Jill Wiseman Price ("Price"), by and through their respective undersigned counsel, and announce that the parties have agreed to terms for the withdrawal of Price's November 13, 2015 objection to the proposed settlement [Doc. 85] and that Price has agreed to the immediate withdrawal of her objection. This stipulation is intended to effectuate such withdrawal.

  This 17th day of November, 2015.

                *s/ W. Allen McDonald*
                W. Allen McDonald, Esq.
                LACY, PRICE & WAGNER, P.C.
                249 N. Peters Road
                Suite 101
                Knoxville, TN 37923
                Telephone: (865) 246-0800
                *Admission Pending*
                *Counsel for Jill Wiseman Price*

                */s/ Seth M. Lehrman*
                Seth M. Lehrman (Fla. Bar No. 132896)
                FARMER, JAFFE, WEISSING,

EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This 17th day of November, 2015.

<u>/s/ Seth M. Lehrman</u>
Seth M. Lehrman