UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61747-Civ-COOKE/TORRES

KURT S. SOTO, an individual, on behalf of himself and all others similarly situated,

    Plaintiff,

vs.

THE GALLUP ORGANIZATION, INC., a Delaware corporation,

    Defendant.
_____/

LAURIE C. MARR, on behalf of herself and all others similarly situated,

    Plaintiff,

vs.

GALLUP, INC.,

    Defendant.
_____/

ANN FOX, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

GALLUP, INC.,

    Defendant.
_____/

**MOTION TO WITHDRAW OBJECTION OF
CLASS MEMBER ELIZABETH A. MILLER**

Upon execution of a Joint Stipulation by and between Plaintiffs' counsel and counsel for objecting class member Elizabeth A. Miller addressing and clarifying issues raised in her objection, Objector Elizabeth A. Miller, through her undersigned counsel, and pursuant to Fed R. Civ. P. 23(e)(5), hereby moves this Court to withdraw her objection to the settlement in the above-captioned case, and respectfully requests that this Honorable Court approve the withdrawal of her objection to the settlement.

 /s/ Steve A. Miller
STEVE A. MILLER (FL Bar No. 992224)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com

JOHN C. KRESS (53396MO)
The Kress Law Firm, LLC
4247 S. Grand Blvd
St. Louis, MO  63111
Ph.#:  (314) 631-3883
Fax:  (314) 332-1534
Email:  jckress@thekresslawfirm.com

JONATHAN E. FORTMAN (40319MO)
Law Office of Jonathan E. Fortman, LLC
250 St. Catherine Street
Florissant, Missouri  63031
Ph# (314) 522-2312
Fax:  (314) 524-1519
Email:  jef@fortmanlaw.com

## CERTIFICATE OF SERVICE

On this 17th day of November, 2015 this a true and accurate copy was served upon all parties via the Court's ECF filing system.

_____/s/ Steve A. Miller_____
Steve A. Miller