UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **KURT S. SOTO**, an individual, on behalf of himself and all others similarly situated,<br>    Plaintiff,<br>v.<br>**THE GALLUP ORGANIZATION, INC.**, a Delaware corporation<br>    Defendant,<br>&<br>**LAURIE C. MARR**, on behalf of herself and all others similarly situated,<br>    Plaintiff,<br>v.<br>**GALLUP, INC.**,<br>    Defendant,<br>&<br>**ANN FOX**, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br>v.<br>**GALLUP, INC.**,<br>                              Defendant/ | CASE NO. 13-cv-61747-MGC<br><br><br><br><br><br><br>NOTICE OF APPEAL |

## NOTICE OF APPEAL

NOTICE IS GIVEN that Objectors, Cathy Scarberry and Dave Scarberry (hereinafter "the Scarberry Objectors"), by and through undersigned counsel, appeal to the United States Court of Appeals for the Eleventh Circuit, the Order and Final Judgment entered on November 24, 2015 by United States District Judge Marcia G. Cooke(Doc 95). The nature of the final judgment is an order granting Final Approval of Class Action Settlement, Attorney's Fees and Costs and Incentive Awards and Entry of Final Judgment.

I HEREBY CERTIFY that on this 1st day of December, 2015, the foregoing was

filed with the Clerk of the Court using the Courts CM/ECF filing system.

                                            Respectfully submitted,

                                           /s/   N. Albert Bacharach, Jr.
                                          N. Albert Bacharach, Jr.
                                          Florida Bar Number: 209783
                                          **N. ALBERT BACHARACH, JR., P.A.**
                                          Attorney for  Objectors Cathy and Dave Scarberry
                                          4128 NW 13th Street
                                          Gainesville, Florida  32609-1807
                                          (352) 378-9859 FAX: (352) 338-1858
                                          N.A.Bacharach@att.net