## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**KURT S. SOTO, an individual, on behalf**
**of himself and all others similarly**
**situated,**
     **Plaintiff,**

**v.**

**THE GALLUP ORGANIZATION, INC.,**
**a Delaware corporation**
     **Defendant,**

**&**

**LAURIE C. MARR, on behalf of herself**
**and all others similarly situated,**
     **Plaintiff,**

**v.**

**GALLUP, INC.,**
     **Defendant,**

**&**

**ANN FOX, individually and on behalf of**
**all others similarly situated,**
     **Plaintiff,**

**v.**

**GALLUP, INC.,**
                 **Defendant/**

**CASE NO. 13-cv-61747-MGC**

### NOTICE OF INTENT TO RESPOND TO DOCUMENT 99

NOTICE IS GIVEN that Appellants (Doc 96) Cathy Scarberry and Dave Scarberry , by

and through undersigned counsel, intend to timely respond,  pursuant to rule 7.1(c)(1) of the

December 1, 2015 revision of the local rules of US District Court for the Southern District of

Florida, to Document 99, class counsel's "Motion for Leave to Take Discovery of Appellants and

to Shorten Time for Appellant (*sic*) to Respond to Request for Documents, filed on December

12, 2015.

Respectfully submitted,

 /s/   N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr.
Florida Bar Number: 209783
**N. ALBERT BACHARACH, JR., P.A.**
Attorney for  Objectors Cathy and Dave Scarberry
4128 NW 13th Street
Gainesville, Florida  32609-1807
(352) 378-9859 FAX: (352) 338-1858
N.A.Bacharach@att.net

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that on this 10st day of December, 2015, that a true and correct copy

of the foregoing was served automatically by email on all counsel or parties of record on the

Service List below with the exception of W. Allen McDonald, Esq. who was served by U.S. mail

postage prepaid..

Scott D. Owens
Email: scott@scottdowens.com
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Suite 235
Hollywood, FL 33091
Telephone: (954) 589-0588
Facsimile: (954) 337-0666

Steven R. Jaffe
Email: steve@pathtojustice.com
Seth M. Lehrman (Fla. Bar No. 132896) Email:
seth@pathtojustice.com
Mark S. Fistos (Fla. Bar No. 909191)
Email: mark@pathtojustice.com

FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2 Fort
Lauderdale, FL 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822

Bret L. Lusskin, Jr. (Fla. Bar No. 28069)
Email: Blusskin@lusskinlaw.com
BRET LUSSKIN, P.A.
20803 Biscayne Blvd., Ste 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844

2

Douglas J. Campion, Esq.
Email: doug@djcampion.com
LAW OFFICES OF DOUGLAS J. CAMPION,
APC
17150 Via Del Campo Suite 100
San Diego, CA 92127
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

E. Elliot Adler, Esq.
Email: eadler@theadlerfirm.com  ADLER LAW
GROUP, APLC 402 W. Broadway, Suite 860
San Diego, CA 92101
Telephone (619) 531-8700
Facsimile (619) 342-9600

Felicia Yu, Esq.*
Email: fyu@reedsmith.com
Raagini Shah, Esq.*
Email: rshah@reedsmith.com
Abraham J. Colman, Esq.*
Email: acolman@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 457-8000

J. Randolph Liebler (Fla. Bar No. 507954)
Email: jrl@lgplaw.com
Dora F. Kaufman (Fla. Bar No. 771244)
Email: dfk@lgplaw.com
LIEBLER, GONZALEZ & PORTUONDO,
P.A.
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626

Todd M. Friedman, Esq.
Email:
tfriedman@attorneysforconsumers.com
Nicholas J. Bontrager, Esq.
Email:nbontrager@attorneysforconsumers.c
om
LAW OFFICES OF TODD M.
FRIEDMAN,PC
369 South Doheny Drive, Suite 415
Beverly Hills, CA 90211
Telephone: (877) 206-4741
Facsimile: (866) 623-0228

Abbas Kazerounian, Esq.
Email: ak@kazlg.com
Matthew M. Loker, Esq.
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
800-400-6808
Facsimile: 800-520-5523

Joshua B. Swigart, Esq.
Email: josh@westcoastlitigation.com
HYDE & SWIGART
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: 619-233-7770
Facsimile: 619-297-1022
Attorneys for Plaintiff Ann Fox in related
action Fox v. Gallup (1:14-cv-20538)

Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com

Jonathan E. Fortman (40319MO)
Law Office of Jonathan E. Fortman, LLC
250 St. Catherine Street
Florissant, MO 63031
Ph# (314) 522-2312
Fax: (314) 524-1519
Email: jef@fortmanlaw.com

John C. Kress (53396MO)
The Kress Law Firm, LLC
4247 S. Grand Blvd
St. Louis, MO 63111
Ph.#: (314) 631-3883
Fax: (314) 332-1534
Email: jckress@thekresslawfirm.com

W. Allen McDonald, Esq.
249 N. Peters Road
Suite 101
Knoxville, TN 379234917
Te1: 865 246 0800
Counsel for Jill Wiseman Price

                                    /s/   N. Albert Bacharach, Jr.
                                    N. Albert Bacharach, Jr.