FILED BY ___HH___
    Deputy Clerk
**Dec 22, 2015**
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 22, 2015

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  15-15518-C
Case Style:  Kurt Soto v. Cathy Scarberry, et al
District Court Docket No:  0:13-cv-61747-MGC
Secondary Case Number:  1:14-cv-20116-MGC

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Walter Pollard, C/caw
Phone #: (404) 335-6186

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 15-15518-C
_____

KURT S. SOTO,
an individual, on behalf of himself
and all others similarly situated,

                                                              Plaintiff,

vs.

THE GALLUP ORGANIZATION, INC.,
a Delaware corporation,

                                                              Defendant.

_____

LAURIE C. MARR,
an individual, on behalf of herself and
all others similarly situated,

                                                              Plaintiff,

vs.

THE GALLUP ORGANIZATION, INC., a
Delaware corporation,

                                                             Defendant.

_____

ANN FOX,
an individual, on behalf of herself and
all others similarly situated,

                                                              Plaintiff,

vs.

THE GALLUP ORGANIZATION, INC.,
a Delaware corporation,

                                                             Defendant.

CATHY SCARBERRY,
DAVE SCARBERRY,

Defendants - Appellants

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to Appellants Cathy Scarberry and Dave Scarberry's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective December 22, 2015.

AMY C. NERENBERG
Acting Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Walter Pollard, C, Deputy Clerk

FOR THE COURT - BY DIRECTION